IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: ) | |
| ) | |
| Roland L. Group ) | Bankruptcy No. 20-10735 TPA |
| Regina L. Group ) | |
|     Debtors ) | Chapter 13 |
| ) | |
| Roland L. Group ) | Document No. 32 |
|     Movant ) | |
| SSN: XXX-XX-1306 ) | |
|     vs. ) | |
| Great Lakes Petroleum Company ) | |
|     Respondent ) | |

**CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) February 3, 2021.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Great Lakes Petroleum Company
Attn: Payroll Dept.
4500 Renaissance Parkway
Cleveland, OH 44128

Roland L. Group
27 Wattsburg Street
Union City, PA 16438

Service by NEF:

Ronda J. Winnecour, Esquire
Via: CCF/CM cmef@chapter13truteewdpa.com

                By:    /s/ Kenneth M. Steinberg
                         Kenneth M. Steinberg, Esquire
                         Attorney for the Debtor

                         STEIDL & STEINBERG
                         Suite 2830, Gulf Tower
                         707 Grant Street
                         Pittsburgh, PA 15219
                         (412) 391-8000
                         Kenny.steinberg@steidl-steinberg.com
                         PA I.D. No. 31244