**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/09/2025

IN RE:

ROLAND L. GROUP
REGINA L GROUP
27 WATTSBURG STREET
UNION CITY,  PA  16438
XXX-XX-1306          Debtor(s)

XXX-XX-2100

Case No.20-10735

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/9/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3796 |
| **ALDRIDGE PITE LLP**<br>SIX PIEDMONT CENTER<br>3525 PIEDMONT RD NE STE 700<br>ATLANTA, GA  30305 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMMUNITY LN/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>PAYMENT PROCESSING CENTER\*<br>PO BOX 660618<br>DALLAS, TX  75266-0618 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: 495/PL\*494.90x(60+2)=LMT\*$0 ARRS/PL-CL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3950 |
| **METROPOLITAN LIFE INSURANCE CO**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: CL14GOV\*PMT/CL-PL\*685.14x(60+2)=LMT\*$0ARRS/PL-CL\*BGN 11/20\*FR CLS-DOC 5 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6984 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 6   INT %: 7.24%<br>Court Claim Number: 12<br>CLAIM: 29,120.90<br>COMMENT: CL12GOV~PMT 580/CONF\*29507@7.24%/PL\*LOAN 1 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2100 |
| **ACL**<br>PO BOX 740631<br>CINCINNATI, OH  45274-0631 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,971.73<br>COMMENT: CAP ONE/WALMART | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5154 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,884.35<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2872 |
| **CITIBANK NA**\*\*<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,009.16<br>COMMENT: BBY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5515 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:25-2<br><br>CLAIM:  549.41<br>COMMENT:  CITIBANK/BBY*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5891 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:23-2<br><br>CLAIM:  7,900.44<br>COMMENT:  CITIBANK/THD*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1289 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ICSD |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br><br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  305.59<br>COMMENT:  BON-TON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9609 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br><br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  3,458.31<br>COMMENT:  2602/SCH*PEEBLES*LATE | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  6206 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  2,604.40<br>COMMENT:  ZALES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1985 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  2,995.50<br>COMMENT:  BOSCOV'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8948 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  1,269.92<br>COMMENT:  SHERMAN/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1803 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT I**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  1,318.67<br>COMMENT:  5063/SH*FORTIVA*FR TBOM-DOC 44 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1289 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FOUNDATION?~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br><br> CHICAGO, IL 60677-2813 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:5 <br><br> CLAIM: 907.07 <br> COMMENT: 3465/SCH*CROSS RIVER*FR VERVENT/LCUSA-DOC 41 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1306 |
| **MEDICAL ASSOCIATION OF ERIE** <br> 1 LECOM PL <br><br> ERIE, PA 16505 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **MILLCREEK COMMUNITY HOSPITAL** <br> 5515 PEACH STREET <br><br> ERIE, PA 16509 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **NORTHWEST BANK*** <br> COLLECTIONS DEPT* <br> 100 LIBERTY ST <br> PO BOX 337* <br> WARREN, PA 16365 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number:11 <br><br> CLAIM: 2,703.15 <br> COMMENT: LOAN BGN 9/5/17 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6846 |
| **OSTEOPATHIC CARDIOLOGY ASSOCIATES** <br> 4002 SCHAPER AVE #A <br><br> ERIE, PA 16508 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2704 |
| **PATHOLOGY ASSOCIATES OF ERIE** <br> 5700 SOUTHWYCK BLVD <br><br> TOLEDO, OH 43614 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PATHOLOGY ASSOCIATES OF ERIE** <br> 5700 SOUTHWYCK BLVD <br><br> TOLEDO, OH 43614 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7001 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number:8 <br><br> CLAIM: 2,011.05 <br> COMMENT: HH GREGG/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5067 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number:15 <br><br> CLAIM: 304.58 <br> COMMENT: SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3796 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:30  INT %: 0.00% <br> Court Claim Number:9 <br><br> CLAIM: 1,926.13 <br> COMMENT: SYNCHRONY/ASHLEY FURNITURE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8517 |

| Creditor | Trustee/Court Claim | Credit Description |
|---|---|---|
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS(\*)<br>PO BOX 93024<br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  1,314.35<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2637 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS(\*)<br>PO BOX 93024<br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  601.62<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4382 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:24-2<br>CLAIM:  3,955.98<br>COMMENT:  CITIBANK/TRACTOR SUPPLY\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2104 |
| **TRAC CBSD**<br>POB 6497<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0411 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9353 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ  07733 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  314.24<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3051 |
| **CACH LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  0.00<br>COMMENT:  STRICKEN/OE\*NT/SCH\*GECCO/JCP\*STALE\*1963.75/CL\*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4656 |
| **CACH LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  0.00<br>COMMENT:  STRICKEN/OE\*NT/SCH\*GECC/LOWE'S\*STALE\*1480.65/CL\*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4307 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  1,791.04<br>COMMENT:  ACCT NT/SCH\*CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8786 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  METROPOLITAN LIFE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| **BROCK & SCOTT PLLC*** | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 3825 FORRESTGATE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WINSTON SALEM, NC 27103 | COMMENT: METRO LIFE~COMMUNITY LN/PRAE | |