**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROLAND L. GROUP** |
| Debtor 2 (Spouse, if filing) | **REGINA L GROUP** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **20-10735JCM** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** METROPOLITAN LIFE INSURANCE CO

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 8 4

**Property Address:** 27 WATTSBURG ST
UNION CITY PA 16438

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | **Amount**
---|---
a. Allowed prepetition arrearage: | (a) $ 0.00
b. Prepetition arrearage paid by the trustee: | (b) $ 0.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00
e. Allowed postpetition arrearage: | (e) $ 0.00
f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00
g. **Total.** Add lines b, d, and f. | (g) $ 0.00

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment    $ $685.14
  The next postpetition payment is due on  1 / 1 / 2026
                                          MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

---

Form 4100N                     **Notice of Final Cure Payment**                     page 1

| | | | |
|---|---|---|---|
| Debtor 1 | ROLAND L. GROUP | Case number *(if known)* | 20-10735JCM |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | | | |
|---|---|---|---|
| | /s/ Ronda J. Winnecour | Date | 11/24/2025 |
| | Signature | | |
| Trustee | Ronda J. Winnecour | | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | | |
| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | ROLAND L. GROUP | Case number *(if known)* | 20-10735JCM |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 02/22/2021 | 1188372 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 2,431.96 |
| 03/26/2021 | 1191654 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 930.57 |
| 04/26/2021 | 1194906 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 620.55 |
| 05/25/2021 | 1198030 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 620.59 |
| 06/25/2021 | 1201217 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 620.57 |
| 07/26/2021 | 1204419 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 638.76 |
| 08/26/2021 | 1207541 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 985.41 |
| 09/24/2021 | 1210660 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 657.14 |
| 10/25/2021 | 1213731 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 644.62 |
| 11/22/2021 | 1216765 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 644.63 |
| 12/23/2021 | 1219838 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 644.60 |
| 01/26/2022 | 1222903 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 644.55 |
| 02/23/2022 | 1225781 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 322.25 |
| 03/25/2022 | 1228740 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 1,336.90 |
| 04/26/2022 | 1231782 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 694.24 |
| 05/25/2022 | 1234819 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 706.95 |
| 06/27/2022 | 1237846 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 713.07 |
| 07/26/2022 | 1240791 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 717.98 |
| 08/24/2022 | 1243679 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 1,074.56 |
| 09/27/2022 | 1246547 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 718.25 |
| 10/03/2022 | | METROPOLITAN LIFE INSURANCE CO | CONTINUING DEBT REFUND | -638.76 |
| 10/25/2022 | 1249375 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 1,321.38 |
| 11/23/2022 | 1252150 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 725.00 |
| 12/22/2022 | 1254913 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 705.44 |
| 01/26/2023 | 1257640 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 702.71 |
| 02/23/2023 | 1260262 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 03/28/2023 | 1263032 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 04/25/2023 | 1265851 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 05/25/2023 | 1268706 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 06/26/2023 | 1271605 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 07/25/2023 | 1274370 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 08/25/2023 | 1277141 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 09/26/2023 | 1279897 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 10/25/2023 | 1282606 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 11/27/2023 | 1285283 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 12/21/2023 | 1287873 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 01/26/2024 | 1290553 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 02/26/2024 | 1293218 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 03/26/2024 | 1295863 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 04/25/2024 | 1298511 | METROPOLITAN LIFE INS | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 05/29/2024 | 1301223 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 06/25/2024 | 1303759 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 07/25/2024 | 1306355 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 08/26/2024 | 1308933 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 09/25/2024 | 1311522 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 10/25/2024 | 1314048 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 11/25/2024 | 1316613 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 12/23/2024 | 1319018 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 01/28/2025 | 1321510 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 02/25/2025 | 1323942 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 03/26/2025 | 1326426 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 04/25/2025 | 1328893 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 05/23/2025 | 1331314 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 06/25/2025 | 1333753 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 07/25/2025 | 1336227 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 08/26/2025 | 1338640 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 685.14 |
| 09/25/2025 | 1341049 | METROPOLITAN LIFE INSURANCE CO | AMOUNTS DISBURSED TO CREDITOR | 2,055.42 |
| | | | | 42,478.68 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ROLAND L. GROUP
REGINA L GROUP
27 WATTSBURG STREET
UNION CITY, PA  16438

CHRISTOPHER M FRYE ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

METROPOLITAN LIFE INSURANCE CO
C/O RUSHMORE SERVICING
PO BOX 619094
DALLAS, TX  75261-9741

RUSHMORE SERVICING
PO BOX 619096
DALLAS, TX  75261-9741

LOGS LEGAL GROUP LLP
985 OLD EAGLE SCHOOL RD STE 514
WAYNE, PA  19087


11/24/25                                             /s/ Roberta Saunier
                                                     _____
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee