**Fill in this information to identify the case:**

Debtor 1  Roland L. Group

Debtor 2  Regina L. Group
          (Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
                                                    (State)

Case number  20-10735-JCM

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Metropolitan Life Insurance Company

**Court Claim no.** (if known) 14

**Last 4 digits of any number you use to identify the debtor's account:** 6984

**Property address:** 27 Wattsburg St
Number    Street

Union City, PA 16438
City                State    Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is on:  01/19/2026
                                                         MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:    (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:    (b) $ _____
c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:    ___/___/___
                                                                                                                          MM / DD / YYYY

Debtor 1    Roland L. Group    Case number: 20-10735-JCM
_First Name    Middle Name    Last Name_

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X** /s/ Heather Riloff    Date: 12/15/2025
_Signature_

**Print:**   Christopher A. DeNardo 78447    Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for creditor)
Heather Riloff 309906
Leslie J. Rase 58365
_First Name    Middle Name    Last Name_

**Company**   LOGS Legal Group LLP

**Address**   985 Old Eagle School Road, Suite 514
_Number    Street_
Wayne, PA 19087
_City    State    ZIP Code_

**Contact phone**   (610) 278-6800    Email: logsecf@logs.com

## Certificate of Service

*I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on*

Date:  12/15/2025

Chapter 13 Trustee:  Ronda J. Winnecour

Trustee Address:  Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Trustee Email:  cmecf@chapter13trusteewdpa.com

Debtor's Counsel Name:  Christopher M. Frye, Esquire, Steidl & Steinberg

Debtor's Counsel Address:  Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219

Debtor's Counsel Email: chris.frye@steidl-steinberg.com

Debtor's Name:  Roland L. Group

Debtor's Mailing Address:  27 Wattsburg St, Union City, PA 16438

Debtor's Name:  Regina L. Group, Pro Se

Debtor's Mailing Address:  27 Wattsburg St, Union City, PA 16438

/s/ Heather Riloff

Christopher A. DeNardo 78447
Heather Riloff 309906
Leslie J. Rase 58365