Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Roland L. Group** | : | Case No. 20−10735−JCM |
| **Regina L Group** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 67 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/10/26 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this ***The 29th of December, 2025***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 67 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1) ***On or before January 28, 2026***, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on ***February 10, 2026 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10735-JCM |
| Roland L. Group | Chapter 13 |
| Regina L Group | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 29, 2025 | Form ID: 300b | Total Noticed: 71 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roland L. Group, Regina L Group, 27 Wattsburg Street, Union City, PA 16438-1134 |
| 15304916 | + | ACL, PO Box 7302, Hollister, MO 65673-7302 |
| 15304919 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15304920 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15316783 | | Gary J. Holt, Vervent, Inc. Successor in Interest to F, PO Box 911007, San Diego, CA 92191-1007 |
| 15304945 | + | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 15304947 | | Medical Associates of Erie, Osteopathic Internal Medical, One Lecom Place, Erie, PA 16505-2571 |
| 15545491 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15304951 | | Osteopathic Cardiology Associates LLC, 4002 Schaper Avenue, Suite A, Erie, PA 16508-3358 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315611 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15304918 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15304917 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Financial, PO Box 38092, Bloomington, MN 55438 |
| 15313300 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304922 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15304923 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15304924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304926 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:52 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15317746 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 20-10735-JCM  Doc 70  Filed 12/31/25  Entered 01/01/26 00:35:23  Desc Imaged
Certificate of Notice  Page 3 of 6

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 300b | Total Noticed: 71 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15304928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15304931 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2025 00:27:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15304930 | ^ | MEBN | Dec 30 2025 00:30:11 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15304933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 15304935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304934 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15304936 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15304937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15304939 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15304941 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2025 00:28:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15304940 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2025 00:28:35 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15304943 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15304942 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15362453 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15318469 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 30 2025 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15318772 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304946 | ^ | MEBN | Dec 30 2025 00:30:12 | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 15323864 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 00:27:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 15304948 | + | Email/Text: ptacct@mch1.org | Dec 30 2025 00:28:00 | Millcreek Community Hospital, 5539 Peach Street, Erie, PA 16509-2683 |
| 15304949 | + | Email/Text: Darren.Pedaci@northwest.com | Dec 30 2025 00:27:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15304950 | + | Email/Text: angela.abreu@northwest.com | Dec 30 2025 00:27:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |

| Recipient # | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15304953 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2025 00:28:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15304952 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2025 00:28:00 | P S E C U, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15398148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15323659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15323071 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2025 00:28:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15304954 | ^ | MEBN | Dec 30 2025 00:30:13 | Pathology Associate of Erie, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 15304955 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2025 00:27:00 | Pathology Associates, c/o Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15314193 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 30 2025 00:27:00 | Penelec, 101 Crawford's Corner Road, Building # 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15325227 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15325226 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15715642 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 00:27:00 | Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15304956 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:33 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15304957 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:32 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15305538 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15304958 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:32 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15304959 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:46 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304961 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:58 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304960 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:58 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15325254 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15304962 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304964 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321937 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15304966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304968 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15304970 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 30 2025 00:28:00 | Transwold Systems Inc, PO Box 15618, Wilmington, DE 19850-5618 64195-0507 |
| 15304971 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 30 2025 00:28:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15316784 | ^ | MEBN | Dec 30 2025 00:30:15 | Vervent, Inc. Successor in Interest to FALS, LLC, agent for Lending USA, PO Box 911007, San Diego, CA 92191-1007 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Metropolitan Life Insurance Company c/o Community |
| 15304921 | | Capital One Bank Usa N |
| 15304944 | | Foundation |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15304925 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304927 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15304963 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304965 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15304967 | *+ | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304969 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christopher A. DeNardo | on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC logsecf@logs.com |
| Christopher M. Frye | on behalf of Debtor Roland L. Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-1 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 300b | Total Noticed: 71 |

Christopher M. Frye
    on behalf of Joint Debtor Regina L Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Heather Stacey Riloff
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8