**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROLAND L. GROUP <br> REGINA L GROUP <br>       Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>    vs. <br> No Respondents. | Case No.:20-10735 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

December 23, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/29/2020 and confirmed on 1/15/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 124,499.50 |
| Less Refunds to Debtor | 1,178.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,321.09 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 6,324.52 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,724.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   METROPOLITAN LIFE INSURANCE CO | 0.00 | 42,478.68 | 0.00 | 42,478.68 |
|     Acct: 6984 | | | | |
|   ALLY BANK(*) | 0.00 | 30,683.80 | 0.00 | 30,683.80 |
|     Acct: 3950 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 29,012.80 | 29,012.80 | 5,768.91 | 34,781.71 |
|     Acct: 2100 | | | | |
| | | | | 107,944.19 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROLAND L. GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROLAND L. GROUP | 1,178.41 | 1,178.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ACL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,971.73 | 403.41 | 0.00 | 403.41 |
|     Acct: 5154 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,884.35 | 391.55 | 0.00 | 391.55 |
|     Acct: 2872 | | | | |
|   CITIBANK NA** | 3,009.16 | 408.49 | 0.00 | 408.49 |
|     Acct: 5515 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 549.41 | 74.58 | 0.00 | 74.58 |
|     Acct: 5891 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 7,900.44 | 1,072.48 | 0.00 | 1,072.48 |
|     Acct: 1289 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: ICSD | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 305.59 | 41.48 | 0.00 | 41.48 |
| | Acct: 9609 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 2,604.40 | 353.55 | 0.00 | 353.55 |
| | Acct: 1985 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 2,995.50 | 406.64 | 0.00 | 406.64 |
| | Acct: 8948 | | | | |
| | LVNV FUNDING LLC | 1,269.92 | 172.39 | 0.00 | 172.39 |
| | Acct: 1803 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 1,318.67 | 179.01 | 0.00 | 179.01 |
| | Acct: 1289 | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC(*) | 907.07 | 123.13 | 0.00 | 123.13 |
| | Acct: 1306 | | | | |
| | MEDICAL ASSOCIATION OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHWEST BANK* | 2,703.15 | 366.95 | 0.00 | 366.95 |
| | Acct: 6846 | | | | |
| | OSTEOPATHIC CARDIOLOGY ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2704 | | | | |
| | PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7001 | | | | |
| | LVNV FUNDING LLC | 2,011.05 | 273.00 | 0.00 | 273.00 |
| | Acct: 5067 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 304.58 | 41.35 | 0.00 | 41.35 |
| | Acct: 3796 | | | | |
| | LVNV FUNDING LLC | 1,926.13 | 261.47 | 0.00 | 261.47 |
| | Acct: 8517 | | | | |
| | TD BANK USA NA** | 1,314.35 | 178.42 | 0.00 | 178.42 |
| | Acct: 2637 | | | | |
| | TD BANK USA NA** | 601.62 | 81.67 | 0.00 | 81.67 |
| | Acct: 4382 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 3,955.98 | 537.02 | 0.00 | 537.02 |
| | Acct: 2104 | | | | |
| | TRAC CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0411 | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9353 | | | | |
| | PENELEC/FIRST ENERGY** | 314.24 | 42.66 | 0.00 | 42.66 |
| | Acct: 3051 | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4656 | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4307 | | | | |
| | LVNV FUNDING LLC | 1,791.04 | 243.13 | 0.00 | 243.13 |
| | Acct: 8786 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 3,458.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 6206 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3796 | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

20-10735 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | 5,652.38 |

| TOTAL PAID TO CREDITORS | | | | | 113,596.57 |
|---|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY          0.00
SECURED      29,012.80
UNSECURED    45,096.69

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROLAND L. GROUP
    REGINA L GROUP
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-10735

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roland L. Group  
Regina L Group  
    Debtors

Case No. 20-10735-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 5  
Date Rcvd: Dec 29, 2025      Form ID: pdf900      Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roland L. Group, Regina L Group, 27 Wattsburg Street, Union City, PA 16438-1134 |
| 15304916 | + | ACL, PO Box 7302, Hollister, MO 65673-7302 |
| 15304919 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15304920 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15316783 | | Gary J. Holt, Vervent, Inc. Successor in Interest to F, PO Box 911007, San Diego, CA 92191-1007 |
| 15304945 | + | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 15304947 | | Medical Associates of Erie, Osteopathic Internal Medical, One Lecom Place, Erie, PA 16505-2571 |
| 15545491 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15304951 | | Osteopathic Cardiology Associates LLC, 4002 Schaper Avenue, Suite A, Erie, PA 16508-3358 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315611 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2025 00:29:01 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15304918 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15304917 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Financial, PO Box 38092, Bloomington, MN 55438 |
| 15313300 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304922 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:47 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15304923 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15304924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304926 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:52 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15317746 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 20-10735-JCM    Doc 71    Filed 12/31/25    Entered 01/01/26 00:35:23    Desc Imaged
Certificate of Notice    Page 7 of 10

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| Recipient # | Flag | Method | Timestamp | Name/Address |
|---|---|---|---|---|
| 15304928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15304931 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2025 00:27:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15304930 | ^ | MEBN | Dec 30 2025 00:30:11 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15304933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 15304935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304934 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15304936 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15304937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15304939 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15304941 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2025 00:28:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15304940 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2025 00:28:35 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15304943 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15304942 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15362453 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15318469 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 30 2025 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15318772 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304946 | ^ | MEBN | Dec 30 2025 00:30:12 | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 15323864 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 00:27:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 15304948 | + | Email/Text: ptacct@mch1.org | Dec 30 2025 00:28:00 | Millcreek Community Hospital, 5539 Peach Street, Erie, PA 16509-2683 |
| 15304949 | + | Email/Text: Darren.Pedaci@northwest.com | Dec 30 2025 00:27:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15304950 | + | Email/Text: angela.abreu@northwest.com | Dec 30 2025 00:27:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15304953 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2025 00:28:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15304952 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2025 00:28:00 | P S E C U, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15398148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15323659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15323071 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2025 00:28:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15304954 | ^ | MEBN | Dec 30 2025 00:30:13 | Pathology Associate of Erie, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 15304955 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2025 00:27:00 | Pathology Associates, c/o Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15314193 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 30 2025 00:27:00 | Penelec, 101 Crawford's Corner Road, Building # 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15325227 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15325226 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15715642 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2025 00:27:00 | Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15304956 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:33 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15304957 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:46 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15305538 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15304958 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:46 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15304959 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:58 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304961 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:46 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304960 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:33 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15325254 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15304962 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304964 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321937 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15304966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304968 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | 64195-0507 |
| 15304970 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 30 2025 00:28:00 | Transwold Systems Inc, PO Box 15618, Wilmington, DE 19850-5618 |
| 15304971 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 30 2025 00:28:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15316784 | ^ | MEBN | Dec 30 2025 00:30:15 | Vervent, Inc. Successor in Interest to FALS, LLC, agent for Lending USA, PO Box 911007, San Diego, CA 92191-1007 |

TOTAL: 62

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Metropolitan Life Insurance Company c/o Community |
| 15304921 | | Capital One Bank Usa N |
| 15304944 | | Foundation |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15304925 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304927 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15304963 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304965 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15304967 | *+ | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304969 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christopher A. DeNardo | on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC logsecf@logs.com |
| Christopher M. Frye | on behalf of Debtor Roland L. Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-1 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 71 |

Christopher M. Frye
    on behalf of Joint Debtor Regina L Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Heather Stacey Riloff
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8