| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Roland L. Group<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–1306<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Regina L Group<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–2100<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–10735–JCM | |

# Order of Discharge                                                                                  12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Roland L. Group                                    Regina L Group

    <u>1/29/26</u>                                                    **By the court:** <u>John C Melaragno</u>
                                                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                           **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10735-JCM
Roland L. Group  Chapter 13
Regina L Group
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: auto        Page 1 of 5
Date Rcvd: Jan 29, 2026        Form ID: 3180W        Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roland L. Group, Regina L Group, 27 Wattsburg Street, Union City, PA 16438-1134 |
| 15304916 | + | ACL, PO Box 7302, Hollister, MO 65673-7302 |
| 15316783 | | Gary J. Holt, Vervent, Inc. Successor in Interest to F, PO Box 911007, San Diego, CA 92191-1007 |
| 15304945 | + | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 15304947 | | Medical Associates of Erie, Osteopathic Internal Medical, One Lecom Place, Erie, PA 16505-2571 |
| 15545491 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15304950 | + | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15304951 | | Osteopathic Cardiology Associates LLC, 4002 Schaper Avenue, Suite A, Erie, PA 16508-3358 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 30 2026 05:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 30 2026 05:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 30 2026 05:13:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jan 30 2026 05:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315611 | + | EDI: AISACG.COM | Jan 30 2026 05:13:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15304918 | + | EDI: GMACFS.COM | Jan 30 2026 05:13:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15304917 | | EDI: GMACFS.COM | Jan 30 2026 05:13:00 | Ally Financial, PO Box 38092, Bloomington, MN 55438 |
| 15304919 | + | EDI: LCIBAYLN | Jan 30 2026 05:13:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15304920 | + | EDI: LCIBAYLN | Jan 30 2026 05:13:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15313300 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:41 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304922 | + | EDI: JPMORGANCHASE | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 30 2026 05:13:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15304923 | + | EDI: JPMORGANCHASE | Jan 30 2026 05:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15304924 | + | EDI: CITICORP | Jan 30 2026 05:13:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304926 | | EDI: CITICORP | Jan 30 2026 05:13:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15317746 | | EDI: CITICORP | Jan 30 2026 05:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15304928 | + | EDI: CITICORP | Jan 30 2026 05:13:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304929 | + | EDI: CITICORP | Jan 30 2026 05:13:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15304931 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2026 00:19:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15304930 | ^ | MEBN | Jan 30 2026 00:15:56 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15304933 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304932 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | Comenity Bank/Bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 15304935 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304934 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15304936 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15304937 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304938 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15304939 | + | EDI: WFNNB.COM | Jan 30 2026 05:13:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15304941 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2026 00:30:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15304940 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2026 00:30:40 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15304943 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15304942 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15362453 | | EDI: JEFFERSONCAP.COM | Jan 30 2026 05:13:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15318469 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 30 2026 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15318772 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304946 | ^ | MEBN | Jan 30 2026 00:16:11 | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |

Case 20-10735-JCM    Doc 76    Filed 01/31/26    Entered 02/01/26 00:29:27    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 3180W | Total Noticed: 73 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15323864 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2026 00:18:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 15304948 | + | Email/Text: ptacct@mch1.org | Jan 30 2026 00:19:00 | Millcreek Community Hospital, 5539 Peach Street, Erie, PA 16509-2683 |
| 15304949 | + | Email/Text: Darren.Pedaci@northwest.com | Jan 30 2026 00:19:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15304953 | + | EDI: G2RSPSECU | Jan 30 2026 05:13:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15304952 | + | EDI: G2RSPSECU | Jan 30 2026 05:13:00 | P S E C U, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15398148 | | EDI: PRA.COM | Jan 30 2026 05:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15323659 | | EDI: PRA.COM | Jan 30 2026 05:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15323071 | + | EDI: G2RSPSECU | Jan 30 2026 05:13:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15304954 | ^ | MEBN | Jan 30 2026 00:16:17 | Pathology Associate of Erie, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 15304955 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2026 00:19:00 | Pathology Associates, c/o Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15314193 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 30 2026 00:19:00 | Penelec, 101 Crawford's Corner Road, Building # 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15325227 | | EDI: Q3G.COM | Jan 30 2026 05:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15325226 | | EDI: Q3G.COM | Jan 30 2026 05:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15715642 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2026 00:18:00 | Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15304956 | + | EDI: SYNC | Jan 30 2026 05:13:00 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15304957 | + | EDI: SYNC | Jan 30 2026 05:13:00 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15305538 | + | EDI: PRA.COM | Jan 30 2026 05:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15304958 | + | EDI: SYNC | Jan 30 2026 05:13:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15304959 | + | EDI: SYNC | Jan 30 2026 05:13:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304961 | + | EDI: SYNC | Jan 30 2026 05:13:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304960 | + | EDI: SYNC | Jan 30 2026 05:13:00 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15325254 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15304962 | + | EDI: WTRRNBANK.COM | Jan 30 2026 05:13:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304964 | + | EDI: WTRRNBANK.COM | | |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 3180W | Total Noticed: 73 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2026 05:13:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321937 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15304966 | + | EDI: CITICORP | Jan 30 2026 05:13:00 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304968 | + | EDI: CITICORP | Jan 30 2026 05:13:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15304970 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 30 2026 00:19:00 | Transwold Systems Inc, PO Box 15618, Wilmington, DE 19850-5618 |
| 15304971 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 30 2026 00:19:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15316784 | ^ | MEBN | Jan 30 2026 00:16:23 | Vervent, Inc. Successor in Interest to FALS, LLC, agent for Lending USA, PO Box 911007, San Diego, CA 92191-1007 |

TOTAL: 65

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Metropolitan Life Insurance Company c/o Community |
| 15304921 | | Capital One Bank Usa N |
| 15304944 | | Foundation |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15304925 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304927 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15304963 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304965 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15304967 | *+ | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304969 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 5 of 5 |
| Date Rcvd: Jan 29, 2026 | Form ID: 3180W | Total Noticed: 73 |

Andrew L. Spivack
 on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Christopher M. Frye
 on behalf of Joint Debtor Regina L Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Christopher M. Frye
 on behalf of Debtor Roland L. Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
 on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Heather Stacey Riloff
 on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC logsecf@logs.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 7