IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   ROLAND L. GROUP<br>   REGINA L GROUP<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Repondents. | Case No.:20-10735<br><br>Chapter 13<br><br>Related Document No. 67 |

ORDER OF COURT

AND NOW, this _____29th_____ day of ___January___, 20 _26_ , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court

SIGNED
1/29/26 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10735-JCM |
| Roland L. Group | Chapter 13 |
| Regina L Group | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roland L. Group, Regina L Group, 27 Wattsburg Street, Union City, PA 16438-1134 |
| 15304916 | + | ACL, PO Box 7302, Hollister, MO 65673-7302 |
| 15304919 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15304920 | + | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15316783 | | Gary J. Holt, Vervent, Inc. Successor in Interest to F, PO Box 911007, San Diego, CA 92191-1007 |
| 15304945 | + | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 15304947 | | Medical Associates of Erie, Osteopathic Internal Medical, One Lecom Place, Erie, PA 16505-2571 |
| 15545491 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15304950 | + | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15304951 | | Osteopathic Cardiology Associates LLC, 4002 Schaper Avenue, Suite A, Erie, PA 16508-3358 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:31:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315611 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:30:51 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15304918 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15304917 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Ally Financial, PO Box 38092, Bloomington, MN 55438 |
| 15313300 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:41 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304922 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:31:02 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15304923 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:31:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15304924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:31:07 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304926 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:55 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15317746 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 71 |

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 15304928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:42:29 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:55 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15304931 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2026 00:19:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15304930 | ^ | MEBN | Jan 30 2026 00:15:57 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15304933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenity Bank/Bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 15304935 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304934 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15304936 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15304937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15304938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15304939 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:19:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15304941 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2026 00:30:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15304940 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2026 00:30:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15304943 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15304942 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15362453 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:19:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15318469 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 30 2026 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15318772 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15304946 | ^ | MEBN | Jan 30 2026 00:16:12 | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oals, CA 91403-6630 |
| 15323864 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2026 00:18:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 15304948 | + | Email/Text: ptacct@mch1.org | Jan 30 2026 00:19:00 | Millcreek Community Hospital, 5539 Peach Street, Erie, PA 16509-2683 |
| 15304949 | + | Email/Text: Darren.Pedaci@northwest.com | Jan 30 2026 00:19:00 | Northwest Bank, 100 Liberty St, Warren, PA 16365-2497 |
| 15304953 | + | Email/Text: bankruptcynotices@psecu.com | Jan 30 2026 00:19:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, |

Case 20-10735-JCM   Doc 77   Filed 01/31/26   Entered 02/01/26 00:29:27   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17106-7013 |
| 15304952 | + | Email/Text: bankruptcynotices@psecu.com | Jan 30 2026 00:19:00 | P S E C U, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15398148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:31:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15323659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15323071 | + | Email/Text: bankruptcynotices@psecu.com | Jan 30 2026 00:19:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15304954 | ^ | MEBN | Jan 30 2026 00:16:17 | Pathology Associate of Erie, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 15304955 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2026 00:19:00 | Pathology Associates, c/o Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15314193 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 30 2026 00:19:00 | Penelec, 101 Crawford's Corner Road, Building # 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 15325227 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2026 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15325226 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2026 00:19:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15715642 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2026 00:18:00 | Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15304956 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:48 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15304957 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:36 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15305538 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15304958 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:36 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15304959 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:50 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304961 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:36 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15304960 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:37 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15325254 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15304962 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304964 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321937 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 30 2026 00:18:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15304966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:31:07 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304968 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:31:07 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 15304970 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 30 2026 00:19:00 | Transwold Systems Inc, PO Box 15618, Wilmington, DE 19850-5618 |
| 15304971 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 30 2026 00:19:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15316784 | ^ | MEBN | Jan 30 2026 00:16:23 | Vervent, Inc. Successor in Interest to FALS, LLC, agent for Lending USA, PO Box 911007, San Diego, CA 92191-1007 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Metropolitan Life Insurance Company c/o Community |
| 15304921 | | Capital One Bank Usa N |
| 15304944 | | Foundation |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15304925 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304927 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15304963 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15304965 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15304967 | *+ | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15304969 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christopher M. Frye | on behalf of Joint Debtor Regina L Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Roland L. Group chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 5 of 5 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 71 |

ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Heather Stacey Riloff
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7